CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

SEP 2 6 2017

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ABDUL HAMZA WALI MUHAMMAD, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFREY B. KISER, ) <br> Defendant(s). ) | Civil Action No. 7:17-cv-00407 <br><br> **DISMISSAL ORDER** <br><br> By: Glen E. Conrad <br> United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 26th day of September, 2017.

_____
United States District Judge